BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney
   Social Security Administration, Region IX
   160 Spear Street, Suite 800
   San Francisco, California 94105
Tel: (415) 977-8938
Fax: (415) 744-0134
E-mail: theophous.reagans@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA MARIE MCKAY, | Case No.:  1:13-CV-01094 GSA |
| Plaintiff, | STIPULATION AND ORDER REMANDING THIS CASE |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE |
| Defendant | |

The parties, through their respective counsel, stipulate to a remand of the above-referenced case to the Commissioner of Social Security for further administrative proceedings, pursuant to sentence four of 42 U.S.C. section 405(g). On remand, the administrative law judge will update the record and further consider Plaintiff's maximum residual functional capacity.  The ALJ will clarify the residual functional capacity assessed during the period at issue.  The ALJ will obtain supplemental vocational expert testimony.

///

| | | |
|---|---|---|
| Date: May 6, 2014 | | *Cyrus Safa* |
| | | (Authorized via email) |
| | | CYRUS SAFA |
| | | Attorney for Plaintiff |
| | | |
| Dated: May 6, 2014 | | BENJAMIN B. WAGNER |
| | | United States Attorney |
| | | |
| | | Theophous H. Reagans |
| | | THEOPHOUS H. REAGANS |
| | | Special Assistant U.S. Attorney |
| | | |
| | | Attorneys for Defendant |

**ORDER**

Pursuant to the above stipulation, this matter shall be remanded to the Commissioner as authorized by sentence four of 42 U.S.C. § 405(g), for further proceedings. On remand the ALJ will:

1) update the record and further consider Plaintiff's maximum residual functional capacity;

2) The ALJ will clarify the residual functional capacity assessed during the period at issue; and

3) The ALJ will obtain supplemental vocational expert testimony.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, Tricia Marie McCay, against Defendant, Carolyn W. Colvin, the Commissioner of Social Security and close this case.

IT IS SO ORDERED.

Dated: **May 12, 2014**              /s/ Gary S. Austin
                                     UNITED STATES MAGISTRATE JUDGE

2