Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Tricia Marie McKay

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA MARIE MCKAY,<br><br>     Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>     Defendant | Case No.: 1:13-cv-01094-GSA<br><br>ORDER RE. STIPULATION FOR THE AWARD AND PAYMENT OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

Pursuant to the parties' stipulation filed on July 21, 2014 (Doc. 20), it is hereby ordered that Plaintiff shall be awarded attorney fees in the amount of $2,800.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  The EAJA fees awarded shall be paid in accordance with the terms of the parties' stipulation.

IT IS SO ORDERED.

Dated:  **July 25, 2014**          **/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE

-1-